## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**MOSE DAVIS**                                                                 **PLAINTIFF**

v.                                                            **CIVIL ACTION NO. 3:08CV-P430-S**

**WARDEN LARRY CHANDLER** *et al.*                                     **DEFENDANTS**

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised, **IT IS ORDERED** as follows:

(1)  the official-capacity claims are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted and pursuant to 28 U.S.C. § 1915A(b)(2) for seeking monetary relief from Defendants immune from such relief; and

(2) the individual-capacity claims are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

There being no just reason for delay in its entry, this is a final Order.

This Court further **certifies** that an appeal would be frivolous and, therefore, not taken in good faith.  *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:      Plaintiff, *pro se*
          General Counsel, Justice & Public Safety Cabinet, Office of Legal Counsel
4411.005